UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lawrence J. Lapinsky,                                    Civ. No. 10-4088 (PAM/MJX)

                    Petitioner,

v.                                                                    **ORDER**

Robyn Wojciechowski,

                    Respondent.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of then-Magistrate Judge Susan Richard Nelson[1] dated December 1, 2010. The R&R recommended that the Court deny the Petition for a Writ of Habeas Corpus in its entirety and dismiss this action with prejudice. Petitioner has not filed objections to the R&R in the time period permitted, and indeed has failed to respond to Court orders since at least October.

Having failed to file objections, Petitioner has waived those objections. Accordingly,

**IT IS HEREBY ORDERED that**:

1.      The Report and Recommendation (Docket No. 10) is **ADOPTED**;

2.      The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

3.      The Application for leave to proceed in forma pauperis (Docket No. 2) is **DENIED**;

4.      The Motion for Appointment of Counsel (Docket No. 3) is **DENIED**;

_____

[1] Since the issuance of the R&R, Judge Nelson has been elevated to the position of United Stated District Judge.

5.      The Motion for Release from Custody (Docket No. 5) is **DENIED**; and

6.      This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Wednesday, December 22, 2010</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge